THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Samuel D. Page, Petitioner,
v.
Willard G. Page, S. M. Page, Betsy Page Gilliam f/k/a Betsy Page
Flinn, Carolyn Page Eaton, and Conway National Bank, Respondents.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

Appeal From Horry County
 J. Stanton Cross, Jr., Circuit Court Judge

Memorandum Opinion No. 2006-MO-007
Heard January 31, 2006-  Filed February 21, 2006

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
Janice Ann Cannan, of Myrtle Beach, and Richard Neal Weldon, of Conway, for Petitioner.
Betsy Page Gilliam, of North Charleston, Carolyn Page Eaton, of Aynor, James Thomas Young, of Singleton, Burroughs & Young, PA, of Conway, Mr. Willard G. Page, of Galivants Ferry, and S. M. Page, of Darlington, for Respondents.
 
 
 

PER CURIAM:  We granted a writ of certiorari to review the Court of  Appeals opinion in Page v. Page, Op. No. 2004-UP-110 (S.C. Ct. App. filed February 24, 2004).  We now dismiss the writ as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED. 

 TOAL, C.J., MOORE, BURNETT, PLEICONES, JJ., and Acting Justice Howard P. King, concur.